## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Samantha Boardman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11950-DRH |
| *Ashley Brown v. Bayer Corporation, et al.* | No. 12-cv-10692-DRH |
| *Ashley Chandler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10532-DRH |
| *Carla Damico v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12967-DRH |
| *Krislyn Gervais v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10828-DRH |
| *Rachel Kuznair v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13325-DRH |
| *Mary Jo Loos v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12041-DRH |
| *A.P. (a minor), by and through her Next Friend, Philip Penzel v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10721-DRH |
| *Glorianne Perry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10259-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION  BY  COURT.**   These  matters  are  before  the  Court  for  the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 25, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:  /s/*Caitlin Fischer***
**Deputy Clerk**

Date: September 25, 2014

Digitally signed
by David R.
Herndon
Date: 2014.09.25
23:50:37 -05'00'

APPROVED:

CHIEF JUDGE
U. S. DISTRICT COURT